

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:     01-14-00984-CV

Style:        Tiffany Thomas

          **v.** T. Jayakumar, First Street Hospital, First Surgical Partners, LLC

Date motion filed[*]:   December 17, 2014

Type of motion:    Unopposed Motion to Transfer

Party filing motion:   Appellant

Document to be filed:

Is appeal accelerated?  No

If motion to extend time:
   Original due date:
   Number of previous extensions granted:     Current Due date:
   Date Requested:

Ordered that motion is:

  ☐  Granted

     If document is to be filed, document due:

     ☐  The Court will not grant additional motions to extend time absent extraordinary circumstances.

  ☒  Denied

  ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

  ☐  Other: _____

  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013) (authority to transfer); *see also* TEX. R. APP. P. 16 (addressing disqualification and recusal of appellate judges)

Judge's signature: /s/ Russell Lloyd
       ☑ Acting individually  ☐ Acting for the Court

Panel consists of _____

Date: January 15, 2015